UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GORDON R. STARBUCK and CORIE STARBUCK, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) 14 – CV – 5791 ) |
| MARTIN TRANSPORTATION SYSTEMS, a Michigan Corporation, | ) ACTION FOR DAMAGES ) ) **JURY TRIAL DEMANDED** |
| Defendant. | ) |

### FIRST AMENDED COMPLAINT AT LAW

Plaintiffs, GORDON R. STARBUCK and CORIE STARBUCK, by their attorneys, TOMASIK KOTIN KASSERMAN, LLC, complaining of Defendant, MARTIN TRANSPORTATION SYSTEMS INC., a Michigan Corporation ("MARTIN") state as follows:

### COUNT I

**Gordon Starbuck – Negligence – Semi-Truck Crosses over Center Line**

1. Plaintiff, GORDON R. STARBUCK, is a resident of the State of Illinois.

2. Defendant, MARTIN, is a Michigan corporation with its principal place of business at 7300 Clyde Park Avenue SW in Byron Center, Michigan.

3. Jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a)(1). The matter in controversy exceeds $75,000 exclusive of interest and costs.

4. On and before May 22, 2014, Interstate 90 ("I-90") was a public roadway running generally east and west at or near milepost 45.25 in Rutland, Kane County, Illinois.

5. On May 22, 2014, Plaintiff, GORDON R. STARBUCK, operated a 2005 Kenworth motor truck in a westbound direction on I-90 at or near milepost 45.25 in Rutland, Kane County, Illinois.

6. At said time and place, Jacob Peters was the duly authorized agent and/or employee of Defendant, MARTIN.

7. At said time and place, Defendant, MARTIN, by and through its duly authorized agent and/or employee, Jacob Peters, owned, operated, managed, maintained and/or controlled a semitrailer bearing United States Department of Transportation number 215732 in an eastbound direction on I-90 at or near milepost 45.25 in Rutland, Kane County, Illinois.

8. At said time and place, the semitrailer being operated in an eastbound direction by MARTIN, by and through its duly authorized agent and/or employee, Jacob Peters, crossed into the westbound lanes of I-90 and struck the motor truck being operated by Plaintiff, GORDON R. STARBUCK.

9. At said time and place, Defendant, MARTIN, by and through its duly authorized agent and/or employee, Jacob Peters, owed a duty to Plaintiff, GORDON R. STARBUCK, to exercise reasonable care when operating its semitrailer.

10. At said time and place, Defendant, MARTIN, by and through its duly authorized agent and/or employee, Jacob Peters, was negligent in one or more of the following ways:

    a. Operated its motor vehicle in an eastbound direction into westbound traffic;

    b. Failed to decrease speed so as to avoid colliding with another vehicle, in violation of 625 ILCS 5/11-601;

    c. Failed to operate its motor vehicle as nearly as practicable entirely within a single lane or moved from a lane of traffic without first ascertaining that

2

movement from such lane could be made safely in violation of 625 ILCS 5/11-709; and/or

d.  Operated its motor vehicle without keeping a proper and sufficient lookout.

11. As a proximate result of one or more of the aforesaid negligent acts and/or omissions of MARTIN, by and through its duly authorized agent and/or employee, Jacob Peters, GORDON R. STARBUCK, sustained injuries of a personal and pecuniary nature.

WHEREFORE, Plaintiff, GORDON R. STARBUCK, demands judgment against Defendant, MARTIN TRANSPORTATION SYSTEMS INC., a Michigan Corporation, for an amount to be determined at trial and in excess of the jurisdictional limits of this Court.

## COUNT II

### Corie Starbuck – Negligence – Loss of Consortium

1-11.   Plaintiff restates and realleges paragraphs 1-11 of Count I as though fully set forth herein.

12. On May 22, 2014, and at all times mentioned herein, CORIE STARBUCK, was and is the wife of GORDON STARBUCK.

13. Due to GORDON STARBUCK's physical condition and disabilities caused by the negligent acts and/or omissions of Defendant, MARTIN, CORIE STARBUCK, has sustained loss of consortium in the past and up to the present and will in the future sustain loss of consortium.

WHEREFORE, Plaintiff, CORIE STARBUCK, demands judgment against Defendant, MARTIN TRANSPORTATION SYSTEMS, INC., a Michigan Corporation, for an amount to be determined at trial and in excess of the jurisdictional limits of this Court.

3

/s/Patrick J. Giese
TOMASIK KOTIN KASSERMAN, LLC
10 S. LaSalle Street, Suite 2920
Chicago, Illinois 60603
(312) 605-8800
(312) 605-8808 (f)
ARDC #: 6306017

/s/Shawn S. Kasserman
TOMASIK KOTIN KASSERMAN, LLC
10 S. LaSalle Street, Suite 2920
Chicago, Illinois 60603
(312) 605-8800
(312) 605-8808 (f)
ARDC #: 6204538